Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Pan Am Investments, Inc. |
| **2.** | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 32-0481658 |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business**  1371  Germano Way  Pleasanton, CA 94566  Number, Street, City, State & ZIP Code  Alameda  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  1040 Oro Street Laguna Beach, CA 92651  Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | | |
| **6.** | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ | |

| Debtor | Pan Am Investments, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### 7. Describe debtor's business

**A. Check one:**

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

**B. Check all that apply**

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

### 8. Under which chapter of the Bankruptcy Code is the debtor filing?

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check **all** that apply*:
  - ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

### 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

### 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

- ☒ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | | Case number, if known | |

| Debtor | Pan Am Investments, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**  *Check all that apply:*

- ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    .  *Check one:*

- ☒ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 3

| Debtor | Pan Am Investments, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  September 11, 2024
           MM / DD / YYYY

**X** /s/ Qais Maqdoor                                   Qais Maqdoor
Signature of authorized representative of debtor         Printed name

Title  CEO

**18. Signature of attorney**

**X** /s/ Joyce Lau                                      Date  September 11, 2024
Signature of attorney for debtor                               MM / DD / YYYY

Joyce Lau
Printed name

The Fuller Law Firm PC
Firm name

60 N Keeble Avenue
San Jose, CA 95126
Number, Street, City, State & ZIP Code

Contact phone _____     Email address  joyce@fullerlawfirm.net

CA
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Pan Am Investments, Inc. |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| -NONE- | | | | | | |

# EXHIBIT A

# Pan Am Investments , Inc
## Balance Sheet
### Ending August 31,2024

| Assets | Value | Loan/Liabilities |
|---|---|---|
| 1040 Oro Street, Laguna Beach | $1,500,000 | $1,100,000 |
| 2159 E 24th Street ,Oakland | $600,000 | $480,000 |
| | ------------------ | --------------------- |
| **Total** | **$2,100,000.00** | **$1.,580,000** |

PROFIT AND LOSS

Pan Am Investments, Inc.

(Jan. 1, 2024-Sept. 11, 2024)

| | |
|---|---:|
| Income | 0 |
| Expenses | |
|     Int. | 48,300 |
|     FTB | 14,600 |
| Net loss | 62,900 |

| TAXABLE YEAR | California S Corporation | | FORM |
|---|---|---|---|
| **2023** | **Franchise or Income Tax Return** | | **100S** |

For calendar year 2023 or fiscal year beginning  01/01/2023  and ending  12/31/2023 .  RP
(m m / d d / y y y y)  (m m / d d / y y y y)

Corporation name: **PAN AM INVESTMENT, INC**

California corporation number: **3850778**

FEIN: **32-0481658**

Additional information. See instructions.

California Secretary of State file number:

Street address (suite/room no.): **1371 GERMANO WAY**

PMB no.:

City (if the corporation has a foreign address, see instructions.): **PLEASANTON**

State: **CA**   ZIP code: **94566**

Foreign country name:

Foreign province/state/county:

Foreign postal code:

## Schedule Q Questions (continued on Side 3)

**A** 1. FINAL RETURN? ● ☐ Dissolved ☐ Surrendered (withdrawn) ☐ Merged/Reorganized ☐ IRC Section 338 sale ☐ QSub election

Enter date (mm/dd/yyyy) ............................................................... ●

2. Is the S corporation deferring any income from the disposition of assets? ..................... ● ☐ Yes ☑ No

If "Yes" enter the year of disposition (yyyy) .................................... ●

3. Is the S corporation reporting previously deferred income from: ● ☐ Installment sale ● ☐ IRC §1031 ● ☐ IRC §1033 ● ☐ Other

**B** 1. During this taxable year, did this corporation or any of its subsidiaries acquire control or majority ownership (more than a 50% interest) in another legal entity?
If yes, did the acquired entity(ies) own California real property (i.e., land, buildings), lease such property for a term of 35 years or more, or lease such property from a government agency for any term? **If yes to both questions, answer yes**... ● ☐ Yes ☑ No

2. During this taxable year, did another person or legal entity acquire control or majority ownership (more than a 50% interest) of this corporation or any of its subsidiaries?
If yes, did the acquired entity(ies) own California real property (i.e., land, buildings), lease such property for a term of 35 years or more, or lease such property from a government agency for any term?
**If yes to both questions, answer yes**................................................... ● ☐ Yes ☑ No

3. Has California real property (i.e., land, buildings) transferred to the corporation that was excluded from property tax reassessment under Revenue and Taxation Code Section 62(a)(2)?
If yes, during this taxable year, has more than 50% of the voting stock of this corporation cumulatively transferred in one or more transactions and it was not reported on a previous year's tax return? **If yes to both questions, answer yes**..... ● ☐ Yes ☑ No
**(Yes requires filing of BOE-100-B statement, penalties may apply – see instructions.)**

| | | | | |
|---|---|---|---|---|
| **State Adjustments** | 1 | Ordinary income (loss) from trade or business activities from Schedule F (Form 100S, Side 4), line 22 or federal Form 1120-S, line 22. If Schedule F (Form 100S, Side 4) was not completed, attach federal Form 1120-S, page 1, and supporting schedules ● | 1 | 0 00 |
| | 2 | Foreign or domestic tax based on income or profits and California franchise or income tax deducted ● | 2 | 0 00 |
| | 3 | Interest on government obligations ● | 3 | 0 00 |
| | 4 | Net capital gain from Schedule D (100S), Section A & Section B. Attach Schedule D (100S). See instructions ● | 4 | 0 00 |
| | 5 | Depreciation and amortization adjustments. Attach Schedule B (100S) ● | 5 | 0 00 |
| | 6 | Portfolio income ● | 6 | 0 00 |
| | 7 | Other additions. Attach schedule(s) ● | 7 | 0 00 |
| | 8 | Total. Add line 1 through line 7 ● | 8 | 0 00 |

## State Adjustments (cont.)

| Line | Description | Value |
|---|---|---|
| 9 | Dividends received deduction. Attach Schedule H (100S) | 0 00 |
| 10 | Water's-edge dividend deduction. Attach Schedule H (100S) | 0 00 |
| 11 | Charitable contributions. See instructions | 0 00 |
| 12 | Other deductions. Attach schedule(s) | 0 00 |
| 13 | **Total.** Add line 9 through line 12 | 0 00 |
| 14 | Net income (loss) after state adjustments. Subtract line 13 from Side 1, line 8 | 0 00 |

## CA Net Income

| Line | Description | Value |
|---|---|---|
| 15 | Net income (loss) for state purposes. Use Schedule R if apportioning or allocating income | 0 00 |
| 16 | R&TC Section 23802(e) deduction. See instructions | 0 00 |
| 17 | Net operating loss (NOL) deduction. See instructions | 0 00 |
| 18 | EZ, TTA, or LAMBRA NOL carryover deduction. See instructions | 0 00 |
| 19 | Disaster loss deduction. See instructions | 0 00 |
| 20 | Net income for tax purposes. Combine line 16 through line 19. Subtract the result from line 15 | 0 00 |

## Taxes

| Line | Description | Value |
|---|---|---|
| 21 | Tax. _____% x line 20 (at least minimum franchise tax, if applicable). See instructions | 800 00 |
| 22 | Credit name _____ code __ __ __ amount. | 0 00 |
| 23 | Credit name _____ code __ __ __ amount. | 0 00 |
| 24 | To claim more than two credits, see instructions | 0 00 |
| 25 | Add line 22 through line 24. Attach Schedule C (100S) | 0 00 |
| 26 | **Balance.** Subtract line 25 from line 21 (not less than minimum franchise tax plus QSub annual tax(es), if applicable) | 800 00 |
| 27 | Tax from Schedule D (100S). Attach Schedule D (100S). See instructions | 0 00 |
| 28 | Excess net passive income tax. See instructions | 0 00 |
| 29 | Pass-through entity elective tax. See instructions | 0 00 |
| 30 | **Total tax.** Add line 26 through line 29 | 800 00 |

## Payments

| Line | Description | Value |
|---|---|---|
| 31 | Overpayment from prior year allowed as a credit | 0 00 |
| 32 | **2023 Estimated tax/QSub payments.** See instructions | 0 00 |
| 33 | 2023 Withholding (Forms 592-B and/or 593). See instructions | 0 00 |
| 34 | Amount paid with extension of time to file tax return | 0 00 |
| 35 | Amounts paid for pass-through entity elective tax | 0 00 |
| 36 | Total payments. Add line 31 through line 35 | 0 00 |

## Refund or Amount Due

| Line | Description | Value |
|---|---|---|
| 37 | **Use tax. This is not a total line.** See instructions | 0 00 |
| 38 | Payments balance. If line 36 is more than line 37, subtract line 37 from line 36 | 0 00 |
| 39 | **Use tax balance.** If line 37 is more than line 36, subtract line 36 from line 37 | 0 00 |
| 40 | **Franchise or income tax due.** If line 30 is more than line 38, subtract line 38 from line 30 | 800 00 |
| 41 | **Overpayment.** If line 38 is more than line 30, subtract line 30 from line 38 | 0 00 |
| 42 | Amount of line 41 to be credited to 2024 estimated tax | 0 00 |
| 43 | **Refund.** Subtract line 42 from line 41 | 0 00 |

See instructions to have the refund directly deposited.

☐ Checking
☐ Savings

**43a.** ● Routing number  **43b.** ● Type  **43c.** ● Account number

| Line | Description | Value |
|---|---|---|
| 44 a | Penalties and interest | 00 |

b ● ☐ Check if estimate penalty computed using Exception B or C on form FTB 5806. See instructions.

| 45 | **Total amount due.** Add line 39, line 40, line 42, and line 44a. Then, subtract line 41 from the result | 00 |

Case: 24-41391  Doc# 1  Filed: 09/11/24  Entered: 09/11/24 14:28:23  Page 10 of 14

**Schedule Q Questions** *(continued from Side 1)*

**C** Principal business activity code. **Do not** leave blank ......................................... ● 531390
  Business activity  REAL ESTATE INVESTMENT          Product or service PRODUCT

**D** Is this S corporation filing on a water's-edge basis pursuant to R&TC Sections 25110 and 25113 for the current taxable year? .... ● ☐ Yes ☒ No

**E** Does this tax return include Qualified Subchapter S Subsidiaries? .................................................. ● ☐ Yes ☒ No

**F** Date incorporated (mm/dd/yyyy) 12/15/2015     Where: ● State  CA   Country U.S.A

**G** Maximum number of shareholders in the S corporation at any time during the year. **Do not** leave blank ......... ● 1

**H** Date business began in California or date income was first derived from California sources (mm/dd/yyyy) ......... ● 01/01/2016

**I** Was the S corporation an inactive business both within and outside of California during the taxable year? ................. ● ☐ Yes ☒ No

**J** Is the S corporation under audit by the IRS or has it been audited in a prior year? ................................ ● ☐ Yes ☒ No

**K** Effective date of federal S election (mm/dd/yyyy) ....................................... ● 01/01/2016

**L** Accounting method ........................................ ● (1) ☐ Cash  (2) ☒ Accrual  (3) ☐ Other

**M** Location of principal accounting records  1371 GERMANO WAY

**N** "Doing business as" (DBA) name. See instructions ............. ● _____

**O** Have all required information returns (e.g., federal Forms 1099, 8300, and state Forms 592, 592-B etc.) been filed with the Franchise Tax Board? .................................................... ☐ N/A ☐ Yes ☒ No

**P** Is this S corporation apportioning or allocating income to California using Schedule R? ................... ● ☐ Yes ☒ No

**Q** Has the S corporation included a reportable transaction or listed transaction within this return? See instructions for definitions .. ● ☐ Yes ☒ No
  If "Yes," complete and attach federal Form 8886, for each transaction.

**R** Did this S corporation file the federal Schedule M-3 (Form 1120-S)? ............................. ● ☐ Yes ☒ No

**S** Is form FTB 3544, Side 2, Part B, List of Assigned Credit Received and/or Claimed by Assignee, attached to the return? ........ ● ☐ Yes ☒ No

**T** Check if corporation: ........................................ (1) ☐ Aggregated activities for IRC Section 465 at-risk purposes
                                                              (2) ☐ Grouped activities for IRC Section 469 passive activity purposes

**U** (1) Has this business entity previously filed an unclaimed property Holder Remit Report with the State Controller's Office? ...... ● ☐ Yes ☒ No
  (2) If "Yes," when was the last report filed? (mm/dd/yyyy) ● _____  (3) Amount last remitted  ■ $_____ . ____

**Schedule J  Add-On Taxes and Recapture of Tax Credits.** See instructions.

| | | |
|---|---|---|
| 1 | LIFO recapture due to S corporation election (IRC Section 1363(d) deferral $_____) .... ● **1** | 00 |
| 2 | Interest computed under the look-back method for completed long-term contracts (attach form FTB 3834) ... ● **2** | 00 |
| 3 | Interest on tax attributable to installment  **a)** Sales of certain timeshares and residential lots .............. ● **3a** | 00 |
|   |                                           **b)** Method for nondealer installment obligations ................ ● **3b** | 00 |
| 4 | IRC Section 197(f)(9)(B)(ii) election .............................................. ● **4** | 00 |
| 5 | Credit recapture name _____ .... ● **5** | 00 |
| 6 | Combine line 1 through line 5. Revise the amount on Side 2, line 40 or line 41, whichever applies, by this amount. Write "Schedule J" to the left of line 40 or line 41 ................................ ● **6** | 00 |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer ▶        Title        Date        ● Telephone

Officer's email address (optional)

**Paid Preparer's Use Only**

Preparer's signature ▶        Date        Check if self-employed ▶ ☐        ● PTIN

Firm's name (or yours, if self-employed) and address ▶ _____        ● Firm's FEIN

                                                                          ● Telephone

May the FTB discuss this return with the preparer shown above? See instructions .................. ● ☐ Yes ☐ No

3613233                                                                    Form 100S 2023 **Side 3**

Case: 24-41391    Doc# 1    Filed: 09/11/24    Entered: 09/11/24 14:28:23    Page 11 of 14

### Schedule F  Computation of Trade or Business Income. See instructions.

**Income**

| | | |
|---|---|---|
| 1 a) Gross receipts or sales _____ b) Less returns and allowances _____ c) Balance | 1c | 00 |
| 2 Cost of goods sold from Schedule V, line 8 | 2 | 00 |
| 3 Gross profit. Subtract line 2 from line 1c | 3 | 00 |
| 4 Net gain (loss). Attach schedule | 4 | 00 |
| 5 Other income (loss). Attach schedule | 5 | 00 |
| 6 **Total income (loss).** Combine line 3 through line 5 | 6 | 00 |

**Deductions**

| | | |
|---|---|---|
| 7 Compensation of officers. Attach schedule. See instructions | 7 | 00 |
| 8 Salaries and wages | 8 | 00 |
| 9 Repairs and maintenance | 9 | 00 |
| 10 Bad debts | 10 | 00 |
| 11 Rents | 11 | 00 |
| 12 Taxes | 12 | 00 |
| 13 Interest | 13 | 00 |
| 14 a) Depreciation _____ b) Less depreciation reported elsewhere _____ c) Balance | 14c | 00 |
| 15 Depletion | 15 | 00 |
| 16 Advertising | 16 | 00 |
| 17 Pension, profit-sharing plans, etc | 17 | 00 |
| 18 Employee benefit programs | 18 | 00 |
| 19 a) Total travel and entertainment _____ b) Deductible amount | 19b | 00 |
| 20 Other deductions. Attach schedule | 20 | 00 |
| 21 **Total deductions.** Add line 7 through line 20 | 21 | 00 |
| 22 Ordinary income (loss) from trade or business. Subtract line 21 from line 6. Enter here and on Side 1, line 1 | 22 | 00 |

The corporation may not be required to complete Schedule L and Schedule M-1. See Schedule L and Schedule M-1 instructions for reporting requirements.

### Schedule L  Balance Sheet

| | Beginning of taxable year | | End of taxable year | |
|---|---|---|---|---|
| **Assets** | (a) | (b) | (c) | (d) |
| 1 Cash | | | | |
| 2 a Trade notes and accounts receivable | | | | |
|   b Less allowance for bad debts | ( ) | | ( ) | |
| 3 Inventories | | | | |
| 4 Federal and state government obligations | | | | |
| 5 Other current assets. Attach schedule(s) | | | | |
| 6 Loans to shareholders. Attach schedule(s) | | | | |
| 7 Mortgage and real estate loans | | | | |
| 8 Other investments. Attach schedule(s) | | | | |
| 9 a Buildings and other fixed depreciable assets | | | | |
|   b Less accumulated depreciation | ( ) | | ( ) | |
| 10 a Depletable assets | | | | |
|    b Less accumulated depletion | ( ) | | ( ) | |
| 11 Land (net of any amortization) | | | | |
| 12 a Intangible assets (amortizable only) | | | | |
|    b Less accumulated amortization | ( ) | | ( ) | |
| 13 Other assets. Attach schedule(s) | | | | |
| 14 **Total assets** | | | | |
| **Liabilities and shareholders' equity** | | | | |
| 15 Accounts payable | | | | |
| 16 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 Other current liabilities. Attach schedule(s) | | | | |
| 18 Loans from shareholders. Attach schedule(s) | | | | |
| 19 Mortgages, notes, bonds payable in 1 year or more | | | | |
| 20 Other liabilities. Attach schedule(s) | | | | |
| 21 Capital stock | | | | |
| 22 Paid-in or capital surplus | | | | |
| 23 Retained earnings | | | | |
| 24 Adjustments. Attach schedule(s) | | | | |
| 25 Less cost of treasury stock | | ( ) | | ( ) |
| 26 **Total liabilities and shareholders' equity** | | | | |

Case: 24-41391    Doc# 1    Filed: 09/11/24    Entered: 09/11/24 14:28:23    Page 12 of 14

### Schedule M-1  Reconciliation of Income (Loss) per Books With Income (Loss) per Return.
If the S corporation **completed** federal **Schedule M-3 (Form 1120-S)**. See instructions.

1. Net income per books ....................
2. Income included on Schedule K, line 1 through line 10b, not recorded on books this year (itemize)_____
_____ ●
3. Expenses recorded on books this year not included on Schedule K, line 1 through line 12e (itemize)
   a. Depreciation .... $_____
   b. State taxes ..... $_____
   c. Travel and entertainment ... $_____
   d. Other.......... $_____
   e. Total. Add line 3a through line 3d ........ ●
4. Total. Add line 1 through line 3e ..............
5. Income recorded on books this year not included on Schedule K, line 1 through line 10b (itemize)
   a. Tax-exempt interest $_____
   b. Other $_____
   c. Total. Add line 5a and line 5b. .......... ●
6. Deductions included on Schedule K, line 1 through line 12e, not charged against book income this year (itemize)
   a. Depreciation $_____
   b. State tax refunds $ _____
   c. Other $_____
   d. Total. Add line 6a through line 6c. ......... ●
7. Total. Add line 5c and line 6d ...............
8. Income (loss) (Schedule K, line 19, col. d). Subtract line 7 from line 4. ............... ●

### Schedule M-2  CA Accumulated Adjustments Account, Other Adjustments Account, and Other Retained Earnings. See instructions.

**Important: Use California figures and federal procedures.**

| | (a) Accumulated adjustments account | (b) Other adjustments account | (c) Other retained earnings (see instructions) |
|---|---|---|---|
| 1 Balance at beginning of year ............................ | ● | | ● |
| 2 Ordinary income from Form 100S, Side 1, line 1 ................... | | | |
| 3 Other additions ................................... | ● | | |
| 4 Loss from Form 100S, Side 1, line 1 ......................... | ( ) | | |
| 5 Other reductions ................................. | ● ( ) | ( ) | ( ) |
| 6 Combine line 1 through line 5 ........................... | | | |
| 7 Distributions other than dividend distributions ................... | ● | | |
| 8 Balance at end of year. Subtract line 7 from line 6 .................. | ● | | |

9. Retained earnings at end of year. Add line 8, column (a) through column (c) ............................. ●
10. If the corp. has C corp. E&P at the end of the taxable year, enter the amount. See instructions ......................... ●

### Schedule V  Cost of Goods Sold

| | |
|---|---|
| 1 Inventory at beginning of year .................................................... ● **1** | 00 |
| 2 Purchases..................................................................... ● **2** | 00 |
| 3 Cost of labor ................................................................... ● **3** | 00 |
| 4 Other IRC Section 263A costs. Attach schedule........................................... ● **4** | 00 |
| 5 Other costs. Attach schedule ....................................................... ● **5** | 00 |
| 6 Total. Add line 1 through line 5 ..................................................... **6** | 00 |
| 7 Inventory at end of year........................................................... ● **7** | 00 |
| 8 Cost of goods sold. Subtract line 7 from line 6. ........................................... ● **8** | 00 |

Was there any change in determining quantities, costs, or valuations between opening and closing inventory? .......................... ☐ Yes ☐ No
If "Yes," attach an explanation. Enter California seller's permit number, if any. ......................................... ▶_____
Method of inventory valuation ................................................................................. _____
Check if the LIFO inventory method was adopted this taxable year for any goods. If checked, attach federal Form 970 ............................. ● ☐
If the LIFO inventory method was used for this taxable year, enter the amount of closing inventory computed under LIFO ...... ●_____

## Schedule K  S Corporation Shareholder's Shares of Income, Deductions, Credits, etc.

| | | (a) Pro-rata share items | | (b) Amount from federal K (1120-S) | (c) California Adjustment | (d) Total amounts using California law |
|---|---|---|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary business income (loss) | 1 | | ● | ● |
| | 2 | Net rental real estate income (loss). Attach federal Form 8825 | 2 | | | ● |
| | 3 a | Other gross rental income (loss) | 3a | | | ● |
| | b | Expenses from other rental activities. Attach schedule | 3b | | | ● |
| | c | Other net rental income (loss). Subtract line 3b from line 3a | 3c | | | ● |
| | 4 | Interest income | 4 | | | ● |
| | 5 | Dividends. See instructions | 5 | | | ● |
| | 6 | Royalties | 6 | | | ● |
| | 7 | Net short-term capital gain (loss). Attach Schedule D (100S) | 7 | | ● | ● |
| | 8 | Net long-term capital gain (loss). Attach Schedule D (100S) | 8 | ● | ● | ● |
| | 9 | Net IRC Section 1231 gain (loss) | 9 | ● | ● | ● |
| **Other Income (Loss)** | 10 a | Other portfolio income (loss). Attach schedule | 10a | | ● | ● |
| | b | Other income (loss). Attach schedule | 10b | | ● | ● |
| **Deductions** | 11 | IRC Section 179 expense deduction. Attach Schedule B (100S) | 11 | | | ● |
| | 12 a | Charitable contributions | 12a | | | ● |
| | b | Investment interest expense | 12b | | | ● |
| | c | 1  IRC Section 59(e)(2) expenditures | 12c1 | | | |
| | | 2  Type of expenditures _____ | 12c2 | | | |
| | d | Deductions-portfolio. Attach schedule | 12d | | | ● |
| | e | Other deductions. Attach schedule | 12e | | ● | ● |
| **Credits** | 13 a | Low-income housing credit. See instructions | 13a | | | ● |
| | b | Credits related to rental real estate activities. Attach schedule | 13b | | | ● |
| | c | Credits related to other rental activities. See instructions. Attach schedule | 13c | | | ● |
| | d | Other credits. Attach schedule | 13d | | | ● |
| | 14 | Total withholding allocated to all shareholders | 14 | | | |
| **Alternative Minimum Tax (AMT) Items** | 15 a | Depreciation adjustment on property placed in service after 12/31/86 | 15a | | | |
| | b | Adjusted gain or loss. See instructions | 15b | | | |
| | c | Depletion (other than oil and gas) | 15c | | | |
| | d | Gross income from oil, gas, and geothermal properties | 15d | | | |
| | e | Deductions allocable to oil, gas, and geothermal properties | 15e | | | |
| | f | Other AMT items | 15f | | | |
| **Items Affecting Shareholder Basis** | 16 a | Tax-exempt interest income | 16a | | | |
| | b | Other tax-exempt income | 16b | | | ● |
| | c | Nondeductible expenses | 16c | | | |
| | d | Total property distributions (including cash) other than dividends distribution reported on line 17c | 16d | | | ● |
| **Other Information** | 17 a | Investment income. See instructions | 17a | | | |
| | b | Investment expenses. See instructions | 17b | | | |
| | c | Total dividend distributions paid from accumulated earnings and profits | 17c | | | ● |
| | d | Other items and amounts not included in lines 1 - 17b and lines 18a-e that are required to be reported separately to shareholders. Attach schedule | 17d | | | ● |
| **Other State Taxes** | 18 a | Type of income _____ | 18a | | | |
| | b | Name of state _____ | 18b | | | |
| | c | Total gross income from sources outside California. Attach schedule | 18c | | | |
| | d | Total applicable deductions and losses. Attach schedule | 18d | | | |
| | e | Total other state taxes. Check one:  ☐ Paid   ☐ Accrued | 18e | | | ● |
| **Recon- ciliation** | 19 | Income (loss) (required only if Schedule M-1 must be completed). Combine line 1, line 2, and line 3c through line 10b. From the result, subtract the sum of lines 11, 12a, 12b, 12c1, 12d and 12e | 19 | | | ● |

Case: 24-41391   Doc# 1   Filed: 09/11/24   Entered: 09/11/24 14:28:23   Page 14 of 14